IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| United States of America, | | |
| Plaintiff, | ) | Case No. 8:22cr247 |
| | ) | |
| v. | ) | **Order** |
| | ) | |
| Aaron Cardinale, | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the Court on Defendant's Unopposed Motion to Withdraw Defendant's Motion to Suppress Evidence and Statements [31], Accompanying Brief [32], and Motion to Continue [46].  (Filing No. 49.)  The Court held a telephone conference with the attorneys regarding the Motion to Continue, Filing No. 46, on June 28, 2023.  Based on the comments of counsel made during the telephone conference held on June 28, 2023, and Defendant's Unopposed Motion, Filing No. 49, the court finds that the motion should be granted in part.

It is therefore ordered that:

1. The Defendant's motion, Filing No. 49, is granted in part and denied in part.

2. The Motion to Suppress Evidence and Statements, Filing No. 31, and its accompanying brief, Filing No. 32, are withdrawn subject to reassertion at a later date.

3. The hearing on the motion to suppress, currently set for July 6, 2023 at 9:00 a.m., is cancelled.

4. The motion to continue the July 6, 2023 hearing, Filing No. 46, is denied as moot.

5.  The remainder of Defendant's motion, Filing No. 49, is denied without

   prejudice.

Dated this 29th day of June 2023.

By the Court:

The Hon. Susan M. Bazis
United States Magistrate Judge